Jesus Armando **PADILLA**, Petitioner,

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 07–72261.

United States Court of Appeals, Ninth Circuit.

Submitted March 16, 2010.*

Filed March 24, 2010.

Thomas Spaniolo, Law Office of Thomas Spaniolo, Chandler, AZ, for Petitioner.

Peter H. Matson, Carmel Aileen Morgan, Esq., Jesse Lloyd Busen, Barry J. Pettinato, Emily Anne Radford, OIL, DOJ—U.S. Department of Justice, Washington, DC, District Counsel, Office of the District Chief Counsel, U.S. Department of Homeland Security, Phoenix, AZ, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Jesus Armando Padilla, a native and citizen of Mexico, petitions for review of

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's removal order. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review de novo questions of law, *Fernandez–Ruiz v. Gonzales,* 468 F.3d 1159, 1163 (9th Cir.2006), and we deny the petition for review.

Padilla's contention that his conviction for possession of drug paraphernalia in violation of Arizona Revised Statutes section 13–3415 is not a crime relating to a controlled substance under 8 U.S.C. § 1227(a)(2)(B)(i) is foreclosed. *See Luu–Le v. INS,* 224 F.3d 911, 916 (9th Cir. 2000); *see also Ruiz–Vidal v. Gonzales,* 473 F.3d 1072, 1077 n. 5 (9th Cir.2007).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.